IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 29, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08146

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Patricia G. Pacheco<br>      Debtor.<br>_____<br>Desert Schools Federal Credit Union<br>      Movant,<br>  vs.<br><br>Patricia G. Pacheco, Debtor, Diane M. Mann, Trustee.<br><br>      Respondents. | No. 2:10-BK-07348-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 21, 2008 and recorded in the office of the Maricopa County Recorder wherein Desert Schools Federal Credit Union is the current beneficiary and Patricia G. Pacheco has an interest in, further described as:

> THAT PART OF LOT 4219A AND 4219B, MARYVALE TERRACE NO.8, A , SUBDIVISION RECORDED IN BOOK 76 OF MAPS, PAGE 11, RECORDS OF MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:
>
> BEGINNING AT THE NORTHEAST CORNER OF LOT 4219A;
>
> THENCE SOUTH 00 DEGREES 06 MINUTES 25 SECONDS WEST, 62.11 FEET;
>
> THENCE NORTH 76 DEGREES 25 MINUTES 00 SECONDS WEST, 120.72 FEET;
>
> THENCE NORTHEASTERLY 24.10 FEET ALONG A CURVE HAVING A CENTRAL ANGLE OF 12 DEGREES 00 MINUTES 20 SECONDS AND A RADIUS POINT BEING NORTH 77 DEGREES 55 MINUTES 10 SECONDS WEST, 115.00 FEET;
>
> THENCE NORTH 00 DEGREES 04 MINUTES 25 SECONDS EAST, 51.13 FEET;
>
> THENCE SOUTH 89 DEGREES 16 MINUTES 50 SECONDS EAST, 114.92 FEET;
>
> THENCE SOUTH 00 DEGREES 06 MINUTES 25 SECONDS WEST, 39.84 FEET TO THE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.